**Order entered June 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00102-CV

## ESTATE OF FREDERIC B. ASCHE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-3533-2**

## ORDER

We **GRANT** the May 29, 2015 motion of Joie Rivera, Official Court Reporter for Probate Court No. 2, for an extension of time to file the reporter's record. The reporter's record shall be filed by **JULY 1, 2015**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE